## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Mintel International Group, Ltd., a United Kingdom corporation v. Meesham Neergheen | FILED: JULY 11, 2008<br>08CV3939<br>JUDGE DOW<br>MAGISTRATE JUDGE VALDEZ<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Mintel International Group, Ltd.

| NAME (Type or print) |
|---|
| Joseph R. Marconi |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Joseph R. Marconi |
| FIRM |
| Johnson & Bell, Ltd. |
| STREET ADDRESS |
| 33 W. Monroe St., Suite 2700 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 01760173 | 312-372-0770 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ |