## United States District Court for the Northern District of Illinois

Case Number: 08CV3939  Assigned/Issued By: DAJ

Judge Name: DOW  Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00  Receipt #: 2925345

Date Payment Rec'd: 07/11/08  Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets  (Victim, Against and $ Amount)
[ ] Writ _____
(Type of Writ)

  1  Original and  0  copies on  07/11/08  as to  DEF.
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05