IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MINTEL INTERNATIONAL GROUP, )
LTD., a United Kingdom corporation, )
)
      Plaintiff, )
)
v. ) No. 08 CV 3939
) Judge Robert M. Dow, Jr.
MEESHAM NEERGHEEN, an individual, ) Magistrate Judge Maria Valdez
)
      Defendant. )

### NOTICE OF EMERGENCY MOTION

TO:    Meesham Neergheen
          420 W. Surf Street, #610
          Chicago, IL 60657

On Tuesday, July 15, 2008 at 10:00 a.m., I shall appear before the Honorable Judge Robert M. Dow, Jr., or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 1919 of the United States District Court for the Northern District of Illinois, Chicago, Illinois, and then and there present the attached **Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Memorandum in Support of Plaintiff's Emergency Motion for Temporary Restraining Order and Injunctive Relief**, ~~copies of which are attached hereto and hereby served upon you.~~ Previously Filed

                              /s/ Joseph Marconi

Joseph R. Marconi, ARDC #01760173
Victor Pioli, ARDC #6256527
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
(312) 372-0770
#1898854

### CERTIFICATE OF SERVICE

I, a non-attorney, on oath state that I served this notice by messenger delivery this 11th day of July, 2008 and also by email.

                              /s/ Joseph Marconi