UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mintel International Group, LTD.
         Plaintiff,

v.                Case No.: 1:08–cv–03939
                Honorable Robert M. Dow Jr.

Meesham Neergheen
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiffs emergency motion for temporary restraining order [11] is granted in part and denied in part as set forth in detail in the Memorandum Opinion and Order entered today. The TRO entered expires at 2:30 p.m. on July 30, 2008. As discussed at the hearing on July 15, 2008, the parties are to advise Courtroom Deputy Terry Kinney (312/435–5668) as soon as practicable whether they will agree to extend the TRO by an additional ten days (i.e., to August 13, 2008) to facilitate the schedule proposed in open court for the briefing, hearing, and disposition of Plaintiffs motion for preliminary injunction. Provided that the parties agree on such an extension, the Court enters the following schedule: Plaintiffs supplemental brief and Defendants initial brief are due on July 23, 2008; responses to the briefs filed on July 23, 2008, are due on July 28, 2008;and hearing on motion for preliminary injunction set for August 4, 2008, at 10:30 a.m.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.