# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3939 | **DATE** | 7/17/2008 |
| **CASE TITLE** | Mintel International Group, LTD. vs. Neergheen | | |

**DOCKET ENTRY TEXT**

Motion of Katherine J. Pronk for leave to appear pro hac vice [7] on behalf of Plaintiff Mintel International Group, Ltd. is Granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|