### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08CV3939 |
| v. | ) ) | Judge Robert Dow, Jr. |
| MEESHAM NEERGHEEN, an individual, | ) ) | |
| Defendant. | ) ) ) | |

### AGREED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS

Plaintiff MINTEL INTERNATIONAL GROUP, LTD. (hereinafter "Plaintiff"), by its counsel of record, moves this Honorable Court for an extension of time within which to file its supplemental and responsive briefs. In support thereof, Plaintiff states as follows:

1.      On July 16, 2008, this Honorable Court entered a Memorandum Opinion and Order and briefing schedule.

2.      Pursuant to the briefing schedule entered by the Court, Plaintiff's supplemental brief and Defendant Meesham Neergheen's (hereinafter "Defendant") initial brief are due on July 23, 2008. The parties' responsive briefs are due on July 28, 2008. The hearing on Plaintiff's Motion for Preliminary Injunction is set for August 4, 2008 at 10:30 a.m.

3.      In order to have additional time to complete discovery and develop its arguments, Plaintiff requests additional time with which to complete Plaintiff's supplemental and responsive briefs.

4.    Subsequent to this Honorable Court entering the briefing schedule, Defendant informed Plaintiff that Defendant's hard drive would not be made available to Plaintiff until July 21, 2008, at earliest.  Therefore, additional time is needed to allow Plaintiff's forensic expert to complete his forensic analysis of Plaintiff's hard drive.

5.    Plaintiff seeks to modify the briefing schedule so that Plaintiff's supplemental brief and Defendant's initial brief are due on July 28, 2008 and that the parties' responsive briefs are due on July 30, 2008.

6.    On July 18, 2008, Defendant's counsel agreed to modifying the briefing schedule as specified above.

7.    Pursuant to the agreement between the parties, Plaintiff respectfully requests that this Honorable Court grant the parties' request for additional time to complete the parties' briefs.

WHEREFORE Plaintiff MINTEL INTERNATIONAL GROUP, LTD. prays that this Honorable Court modify the briefing schedule so that Plaintiff's Supplemental Brief and Defendant's initial brief are due on July 28, 2008 and that the parties' responsive briefs are due on July 30, 2008.

Joseph R. Marconi
Victor Pioli
Katherine J. Pronk
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
312/984-0287
Doc. No. 1903311

Respectfully submitted,

MINTEL INTERNATIONAL
GROUP, LTD.


By: _____/s/ Joseph R. Marconi_____
       One of Its Attorneys