## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08CV3939 |
| v. | ) ) | Judge Robert Dow, Jr. |
| MEESHAM NEERGHEEN, an individual, | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that Plaintiff Mintel International Group, Ltd. will bring the **Agreed Motion for Extension of Time to File Briefs** for hearing on Wednesday, July 23, 2008 at 9:15 a.m., or as soon thereafter as the matter can be heard, in Room 1919 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

**Dated: July 18, 2008**

MINTEL INTERNATIONAL
GROUP, LTD.

By: /s/ Joseph R. Marconi
    One Of Its Attorneys

Joseph R. Marconi
Victor Pioli
Katherine J. Pronk
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
312/984-0287
Document No.: 1903320