UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mintel International Group, LTD.
                              Plaintiff,

v.                                               Case No.: 1:08−cv−03939
                                                 Honorable Robert M. Dow Jr.

Meesham Neergheen
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Motion for entry of Agreed protective order [16] is granted. Plaintiff's Motion for extension of time to file briefs [18] is granted. Plaintiff's Supplemental Brief and Defendant's initial brief are due on 7/28/08 and the parties' responsive briefs are due on 7/30/08. Notice of Motion date of 7/23/08 is stricken and no appearance will be necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.