IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation,<br><br>Plaintiff,<br><br>v.<br><br>MEESHAM NEERGHEEN, an individual,<br><br>Defendant. | Case No.: 08CV3939<br><br>Judge Robert Dow, Jr. |

## NOTICE OF EMERGENCY MOTION

TO:  John Roache
     Jeana Lervick
     Bell, Boyd & Lloyd, LLP

PLEASE TAKE NOTICE that Plaintiff Mintel International Group, Ltd. will bring the **Emergency Motion for Rule to Show Cause Why Defendant Should Not Be Held in Contempt of Court for Violation of the Temporary Restraining Order, For Sanctions, and For a Rescheduling of the Preliminary Injunction Hearing** for hearing on Thursday, July 24, 2008 at 10:00 a.m., or as soon thereafter as the matter can be heard, in Room 1919 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

**Dated: July 22, 2008**

Joseph R. Marconi
Victor Pioli
Katherine J. Pronk
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
312/984-0287
Document No.: 1904414

MINTEL INTERNATIONAL
GROUP, LTD.

By:  /s/ Katherine J. Pronk
     One of Its Attorneys