Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3939 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Mintel International Group, LTD vs. Meesham Neergheen | | |

**DOCKET ENTRY TEXT**

The Court has reviewed and enters the Agreed Order submitted by the parties following the in-court discussions held on July 24, 2008, and July 25, 2008. In view of the resolution reflected in the Agreed Order, the Court denies as moot Plaintiff's emergency motion for rule to show cause [21]. Finally, the Court notes that pursuant to Fed. R. Civ. P. 65(b)(2), the reasons for an extension of the duration of a temporary restraining order "must be entered on the record." To comply with Rule 65(b)(2), the Court states for the record that the duration of the temporary restraining order entered on July 16, 2008, has been extended by agreement of the parties until the date on which the Court issues a ruling on the motion for preliminary injunction to allow the parties sufficient time to take discovery prior to a preliminary injunction hearing and to accommodate the Court's schedule.

Docketing to mail notices.

U.S. DISTRICT COURT
CLERK
2008 JUL 25 PM 2:22
FILED

Courtroom Deputy Initials: