# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3939 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Mintel vs. Neergheen | | |

**DOCKET ENTRY TEXT**

The preliminary injunction hearing currently scheduled for August 4, 2008 is stricken and reset to September 4, 2008 at 1:30p.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|