IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-cv-3939 |
| v. | ) ) | Hon. Robert M. Dow, Jr. |
| MEESHAM NEERGHEEN, an individual, | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF AGREED MOTION

PLEASE TAKE NOTICE that Defendant Meesham Neergheen will bring his Agreed Motion for Extension of Time for hearing on Tuesday, August 5, 2008 at 9:15 a.m., or as soon thereafter as the matter can be heard, in Room 1919 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated: July 29, 2008

Respectfully submitted,

By: ___/s/ Jeana R. Lervick_____

John T. Roache
Jeana R. Lervick
Joel C. Griswold
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
312.372.1121
312.827.8000 (facsimile)