**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mintel International Group, LTD.
                            Plaintiff,

v.                                            Case No.: 1:08–cv–03939
                                                   Honorable Robert M. Dow Jr.

Meesham Neergheen
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion for extension of time [30] is granted; Motions terminated: Agreed MOTION by Defendant Meesham Neergheen for extension of time [30] to answer or otherwise plead to the Complaint, to and including 8/11/08, is granted. Notice of Motion date of 8/5/08 is stricken and no appearance will be necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.