IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08CV3939 |
| v. | ) ) ) | Mag. Judge Maria Valdez |
| MEESHAM NEERGHEEN, an individual, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO:  John Roache
  Jeana Lervick
  Bell, Boyd & Lloyd, LLP

PLEASE TAKE NOTICE that Plaintiff Mintel International Group, Ltd. will bring its **Motion to Compel** for hearing on Tuesday, August 12, 2008 at 9:45 a.m., or as soon thereafter as the matter can be heard, in Room 1300 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

**Dated: August 7, 2008**

| | |
|---|---|
| | MINTEL INTERNATIONAL GROUP, LTD. |
| Joseph R. Marconi | |
| Victor Pioli | |
| Katherine J. Pronk | |
| Johnson & Bell, Ltd. | By:  /s/ Joseph R. Marconi |
| 33 West Monroe, Suite 2700 | One of Its Attorneys |
| Chicago, Illinois 60603 | |
| 312/984-0287 | |
| Document No.: 1914637 | |