**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mintel International Group, LTD.

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–03939
　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

Meesham Neergheen

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 8/12/2008. Plaintiff's motion to compel [35] is denied. Parties shall meet and confer on agreed discovery schedule and file it with the court by 8/22/08. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.