IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Case No. 08-cv-3939 |
| | ) | Judge Robert Dow, Jr. |
| v. | ) | Magistrate Judge Maria Valdez |
| MEESHAM NEERGHEEN, an individual | ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Meesham Neergheen will bring his **Motion to Compel Party Witnesses for In-Person Depositions** for hearing on Thursday August 21, 2008 at 9:45 a.m., or as soon thereafter as the matter can be heard, before Magistrate Judge Valdez in Room 1300 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated: August 18, 2008

                                                          Respectfully submitted,

                                                          By:   */s/ Jeana R. Lervick*

John T. Roache
Jeana R. Lervick
Joel C. Griswold
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
312.372.1121
312.827.8000 (facsimile)