IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) ) | Case No. 08-cv-3939 Judge Robert Dow, Jr. Magistrate Judge Maria Valdez |
| v. MEESHAM NEERGHEEN, an individual | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that the above parties will bring their **Joint Motion to Extend Briefing Deadlines** for hearing on Tuesday August 26, 2008 at 9:15 a.m., or as soon thereafter as the matter can be heard, before Judge Robert M. Dow, Jr. in Room 1919 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated:  August 20, 2008

                                                            Respectfully submitted,

                                                            By:   */s/ Jeana R. Lervick*

John T. Roache
Jeana R. Lervick
Joel C. Griswold
BELL, BOYD & LLOYD LLP
Three First National Plaza
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
312.372.1121
312.827.8000 (facsimile)