IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, </br></br>Plaintiff,</br></br>v.</br></br>MEESHAM NEERGHEEN, an individual,</br></br>Defendant. | Case No.: 08CV3939</br></br>Judge Robert Dow, Jr.</br>Magistrate Judge Maria Valdez |

### NOTICE OF MOTION

TO:   Joel C. Griswold
      Jeana R. Lervick
      John T. Roache
      BELL, BOYD & LLOYD LLP
      70 West Madison Street, Suite 3100
      Chicago, IL  60602

PLEASE TAKE NOTICE that Plaintiff Mintel International Group, Ltd. will bring its **Response to Defendant's Motion to Compel Party Witnesses for In-Person Depositions and Plaintiff's Request for Protective Order** for hearing on Thursday, August 21, 2008 at 9:45 a.m., or as soon thereafter as the matter can be heard, before Magistrate Judge Valdez in Room 1300 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated: August 20, 2008

                                    MINTEL INTERNATIONAL GROUP, LTD.


                                    By: /s/ Katherine J. Pronk
                                          One Of Its Attorneys

Joseph R. Marconi – ARDC #01760173
Victor Pioli – ARDC #6256527
Katherine J. Pronk
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
312-372-0770
Document No.: 1921749