**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mintel International Group, LTD.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−03939
                                            Honorable Robert M. Dow Jr.

Meesham Neergheen
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

    MINUTE entry before the Honorable Maria Valdez: Motion hearing held. Counter Claimant Meesham Neergheen, Defendant Meesham Neergheen's motion to compel In−Person Depositions of Party Witnesses [38] is taken under advisement. After review of the recently filed Plaintiff's Response and Motion for a Protective Order, the Court requires additional briefing on the issues of: 1) whether any of the three requested deponents are non−management employees of Mintel; and 2) whether non−management employees of Mintel are "parties" under the discovery rules. The parties shall file with the Court no more than five (5) additional pages of legal argument on these issues by noon on Monday, August 25th. The Court will thereafter rule by mail. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.