UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mintel International Group, LTD.
                          Plaintiff,

v.                                            Case No.: 1:08–cv–03939
                                                           Honorable Robert M. Dow Jr.

Meesham Neergheen
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr:MOTION by Counter Claimant Meesham Neergheen, Counter Defendant Mintel International Group, LTD., Plaintiff Mintel International Group, LTD., Defendant Meesham Neergheen for extension of time [40] to file briefs is granted. Mintel's supplemental brief and Neergheen's initial brief regarding Minetl's Motion for Injunction shall be due on August 28, 2008 and both parties' reply briefs shall be due on September 1, 2008. Notice of Motion date of 8/26/08 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.