IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MEESHAM NEERGHEEN, an individual,  )<br>)<br>Defendant.  ) | Case No.: 08CV3939<br><br>Judge Robert Dow<br>Mag. Judge Maria Valdez |

## NOTICE OF MOTION

TO:  John Roache
     Jeana Lervick
     Bell, Boyd & Lloyd, LLP

PLEASE TAKE NOTICE that Plaintiff Mintel International Group, Ltd. will bring its (1) **Motion for Leave to File Plaintiff's Motion to Compel Datamonitor's Compliance with Subpoena**; and (2) **Motion to Compel Datamonitor's Compliance with Subpoena** for hearing on Thursday, August 28, 2008 at 9:45 a.m., or as soon thereafter as the matter can be heard, in Room 1300 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

**Dated: August 25, 2008**

Joseph R. Marconi
Victor Pioli
Katherine J. Pronk
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
312/984-0287
Document No.: 1923519

MINTEL INTERNATIONAL
GROUP, LTD.

By:  /s/ Joseph R. Marconi
     One of Its Attorneys