IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) ) ) ) ) ) ) | Case No. 08-cv-3939<br>Judge Robert Dow, Jr.<br>Magistrate Judge Maria Valdez |
| v. | | |
| MEESHAM NEERGHEEN, an individual | | |
| Defendant/Counter-Plaintiff. | | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Meesham Neergheen will bring his MOTION FOR LEAVE TO FILE SECOND SUPPLEMENT IN SUPPORT OF HIS MOTION TO COMPEL PARTY WITNESSES FOR IN-PERSON DEPOSITIONS for hearing on Tuesday September 2, 2008 at 9:45 a.m., or as soon thereafter as the matter can be heard, before Magistrate Judge Maria Valdez in Room 1300 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated: August 27, 2008

                     Respectfully submitted,

                     By:    */s/ Jeana R. Lervick*_____

John T. Roache
Jeana R. Lervick
Joel C. Griswold
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
312.372.1121
312.827.8000 (facsimile)