UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mintel International Group, LTD.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−03939
                                            Honorable Robert M. Dow Jr.

Meesham Neergheen
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

   MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 8/26/08. Plaintiff's motion for leave to file Plaintiff's Motion to Compel Datamonitor's Compliance with Subpoena [49] is granted. Counter Claimant Meesham Neergheen, Defendant Meesham Neergheen's motion for leave to file Second Supplement to Motion to Compel Party Witnesses [51] is granted. Defendant's response to plaintiff's motion to compel [53] is due by 9/2/2008 at 10:00 a.m. Hearing on Plaintiff's motion to compel [53] is set for 9/3/2008 at 01:00 p.m. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.