IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | Civil Action No. 08-cv-3939 |
| v. | ) ) | Hon. Robert M. Dow, Jr. |
| | ) | Magistrate Judge Maria Valdez |
| MEESHAM NEERGHEEN, an individual, | ) ) ) | |
| Defendant/Counter-Plaintiff | ) ) | |

## AMENDED NOTICE OF MOTION

TO:  See Certificate of Service.

**PLEASE TAKE NOTICE** that on Tuesday, September 2, at 9:15 a.m., we shall appear before the Honorable Judge Robert M. Dow, Jr. in Room 1919 at the U.S. District for the Northern District of Illinois and then and there present **Defendant's Motion for Leave to File, *Instanter*, An Oversized Response**, a copy of which has been served upon you via the electronic filing system for the United States District Court for the Northern District of Illinois.

Dated: August 29, 2008                                   Respectfully submitted,

                                                         MEESHAM NEERGHEEN

                                                         By  /s/ Joel C. Griswold
John T. Roache                                               One of His Attorneys
Jeana R. Lervick
Joel C. Griswold
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

457082/E/1