IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08CV3939 |
| v. | ) ) | Judge Robert Dow, Jr. |
| MEESHAM NEERGHEEN, an individual, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  **John Roache**
**Jeana Lervick**
**Bell, Boyd & Lloyd, LLP**

PLEASE TAKE NOTICE that Plaintiff Mintel International Group, Ltd. will bring **Plaintiff's Motion for Rule to Show Cause, for Discovery Sanctions and for Sanctions Because of Evidence Spoliation,** for hearing on Thursday, September 2, 2008 at 9:15 a.m., or as soon thereafter as the matter can be heard, in Room 1919 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

**Dated: August 29, 2008**

Joseph R. Marconi
Victor Pioli
Katherine J. Pronk
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
312/984-0287
Document No.: 1927619

MINTEL INTERNATIONAL
GROUP, LTD.

By: __/s/ Joseph R. Marconi__
     One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, upon oath states that a true and complete copy of the foregoing **Motion for Rule to Show Cause, For Discovery Sanctions and for Sanctions Because of Evidence Spoliation** was filed and served electronically on the 29th day of August 2008.

/s/ *Joseph R. Marconi*
Its Attorneys