IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, )<br>)<br>  Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>MEESHAM NEERGHEEN, an individual, )<br>)<br>)<br>  Defendant/Counter-Plaintiff ) <br>_____) | Civil Action No. 08-cv-3939<br><br>Hon. Robert M. Dow, Jr.<br>Magistrate Judge Maria Valdez |

## AMENDED NOTICE OF MOTION

TO:  See Certificate of Service.

**PLEASE TAKE NOTICE** that on Tuesday, September 2, at 9:15 a.m., we shall appear before the Honorable Judge Robert M. Dow, Jr. in Room 1919 at the U.S. District for the Northern District of Illinois and then and there present **Defendant's Motion for Rule to Show Cause and for Sanctions**, a copy of which has been served upon you via the electronic filing system for the United States District Court for the Northern District of Illinois.

Dated: August 29, 2008                               Respectfully submitted,

                                                                       MEESHAM NEERGHEEN

                                                                       By  /s/ Joel C. Griswold
John T. Roache                                              One of His Attorneys
Jeana R. Lervick
Joel C. Griswold
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

457082/E/1