# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation, | ) ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) ) ) ) ) ) ) | Case No. 08-cv-3939<br>Judge Robert Dow, Jr.<br>Magistrate Judge Maria Valdez |
| v. | | |
| MEESHAM NEERGHEEN, an individual | | |
| Defendant/Counter-Plaintiff. | | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Meesham Neergheen will bring his Motion for Rule to Show Cause and for Sanctions for hearing on Wednesday September 3, 2008 at 9:45 a.m., or as soon thereafter as the matter can be heard, before Magistrate Judge Maria Valdez in Room 1300 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

Dated: August 29, 2008

                                                    Respectfully submitted,

                                                    By:    */s/ Jeana R. Lervick*_____

John T. Roache
Jeana R. Lervick
Joel C. Griswold
BELL, BOYD & LLOYD LLP
70 West Madison Street
Suite 3100
Chicago, Illinois 60602
312.372.1121
312.827.8000 (facsimile)