UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Mintel International Group, LTD.
                              Plaintiff,

v.                                               Case No.: 1:08–cv–03939
                                                          Honorable Robert M. Dow Jr.

Meesham Neergheen
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion for leave to file supplemental memorandum of law in support of preliminary injunction [54] and Defendant's motion for leave to file oversized response in opposition to motion for preliminary injunction [58] are granted. As stated on the record in open Court, the due date for the filing of reply briefs is extended from 9/1/08 to 9/9/08 at 12:00 noon and the hearing on the motion for preliminary injunction is reset from 9/4/08 at 10:30 am to 9/11/08 at 10:30 am.Also before the Court are Plaintiff's motion for rule to show cause and for sanctions because of evidence spoliation [61], Defendant's motion for rule to show cause and for sanctions [63], and Plaintiff's emergency objections to Magistrate Judge Valdez's order granting Defendant's motion to compel and denying Plaintiff's request for protective order [67]. Defendant's response to Plaintiff's motion for rule to show cause [61] is due on 9/4/08 by 5:00 pm; Plaintiff's reply is due on 9/8/08 at 12:00 noon. Plaintiff's response to Defendant's motion for rule to show cause [63] is due on 9/3/08 by 5:00 pm; Defendant's reply is due on 9/4/08 by 5:00 pm. Defendant's response to Plaintiff's emergency objections to Magistrate Judge Valdez's order [67] is due on 9/2/08. All three motions are taken under advisement and the Court will determine whether to refer the motions for rule to show cause [61, 63] to Magistrate Judge Valdez after further examination of the issues presented in the motions and their relationship, if any, to the discovery matters that have been, and currently are, pending before Magistrate Judge Valdez.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.