**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Mintel International Group, LTD.
                                    Plaintiff,

v.                                                  Case No.: 1:08−cv−03939
                                                    Honorable Robert M. Dow Jr.

Meesham Neergheen
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

   MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to Memorandum Opinion and Order, dated 9/3/08, Plaintiffs emergency objection to Magistrate Judge Valdezs order granting Defendants motion to compel and denying Plaintiffs request for a protective order [67] is overruled and Magistrate Judge Valdezs August 28, 2008 order [57] is affirmed.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.