UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Mintel International Group, LTD.

                        Plaintiff,

v.   Case No.: 1:08−cv−03939
    Honorable Robert M. Dow Jr.

Meesham Neergheen

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

       MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 9/3/08. Oral argument heard in open court. Plaintiff's motion to compel Datamonitor's Compliance with Subpoena [53] is taken under advisement. Court will rule by mail. The parties are directed to confer with clients about the prospect of the expedited settlement conference. The parties shall call Yolanda Pagan at 312/408−5135 by 9/8/08 at noon as to whether they will submit to a settlement conference. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.