# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3939 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Mintel vs. Neergheen | | |

**DOCKET ENTRY TEXT**

The Executive Committee Order, dated 7/30/08, is enlarged to include the referral to Magistrate Judge Valdez for settlement conferences .

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|