IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MINTEL INTERNATIONAL GROUP, LTD., a United Kingdom corporation,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>MEESHAM NEERGHEEN, an individual,  )<br><br>Defendant.  ) | Case No.: 08CV3939<br>Judge Robert M. Dow<br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO: John Roache
Jeana Lervick
Bell, Boyd & Lloyd, LLP

PLEASE TAKE NOTICE that Plaintiff Mintel International Group, Ltd. will bring **Plaintiff's Motion for Leave to File Plaintiff's Memorandum of Law in Support of its Motion to Exclude Testimony of Datamonitor and its 30(b)(6) Witness Jeffrey Howard and for Other Sanctions,** for hearing on Tuesday, September 9, 2008 at 9:45 a.m., or as soon thereafter as the matter can be heard, in Room 1300 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois.

**Dated: September 4, 2008**

Joseph R. Marconi
Victor Pioli
Katherine J. Pronk
Johnson & Bell, Ltd.
33 West Monroe, Suite 2700
Chicago, Illinois 60603
312/984-0287

MINTEL INTERNATIONAL
GROUP, LTD.

By: /s/ Joseph R. Marconi
    One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, upon oath states that a true and complete copy of the foregoing Notice of Motion for Plaintiff's **Motion for Leave to File Plaintiff's Memorandum of Law in Support of its Motion to Exclude Testimony of Datamonitor and its 30(b)(6) Witness Jeffrey Howard and for Other Sanctions** was filed and served electronically on the 4th day of September 2008.

/s/ *Joseph R. Marconi*
Its Attorneys