UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Mintel International Group, LTD.
                                        Plaintiff,

v.                                                      Case No.: 1:08−cv−03939
                                                        Honorable Robert M. Dow Jr.

Meesham Neergheen
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

    MINUTE entry before the Honorable Robert M. Dow, Jr: The Executive Committee Order[33] dated 7/30/08 is enlarged to include the referral of the following: Before the Court are Plaintiff's motion for rule to show cause and for sanctions because of evidence spoliation [61] and Defendant's motion for rule to show cause and for sanctions [63]. Having reviewed the initial briefs that have been filed to date [61, 63, 79, 83, 85], the Court notes that not only are the motions closely related to each other, both in terms of subject matter and relief sought, but also are closely related to the motion to compel [53] that has been briefed and argued before Magistrate Judge Valdez. In view of the referral of this case to Magistrate Judge Valdez for all discovery purposes and her extensive involvement with the parties to date in considering the numerous discovery disputes that have required Court involvement, the Court concludes that the interest of efficiency and consistency will be served by the entry of an expedited referral of both motions for rule to show cause [61, 63] to Magistrate Judge Valdez. The briefing schedule previously set [70] stands and the parties are directed to deliver courtesy copies of all briefs filed to date on their respective motions to Magistrate Judge Valdez's chambers as early as possible on 9/5/08.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.