UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Mintel International Group, LTD.
         Plaintiff,

v.                Case No.: 1:08–cv–03939
                Honorable Robert M. Dow Jr.

Meesham Neergheen
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Counter Claimant's motion for leave to file oversized response to motion for rule to show cause [83] is granted. Notice of motion date of 9/9/08 is stricken and no appearances are necessary on that date.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.